IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JESSE T. MOTEN, | ) | No. C 11-6699 LHK (PR) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| WARDEN K. ALLISON, | ) | |
| Defendant. | ) | |

The Court has dismissed the instant action.  A judgment of dismissal without prejudice is entered.  The Clerk shall close the file.

IT IS SO ORDERED.

DATED: __2/17/12__

_Lucy H. Koh_
LUCY H. KOH
United States District Judge